UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ONYX MASED | * | CIVIL ACTION |
| | * | |
| VERSUS | * | CASE NO. |
| | * | |
| PERDIDO QUEEN CRUISES, | * | |
| L.L.C. | * | |

## COMPLAINT FOR DAMAGES

The complaint of Onyx Mased, an individual of the full age of majority and a citizen of the State of Louisiana, represents:

1.

Jurisdiction exists in this Court pursuant to 28 U.S.C. Section 1331, and 28 U.S.C. Sections 1332.

2.

Venue is appropriate in this district under 28 U.S.C. 1391(b)(1) and (b)(2) because the defendant is in this district, and because the occurrence giving rise to this action happened in Mobile, Alabama.

3.

Made defendant herein is Perdido Queen Cruises, L.L.C., an Alabama limited liability company with no members known to be citizens of Louisiana, and which at all times relevant to the facts asserted in this complaint was the owner and operator of the PERDIDO QUEEN.

1

4.

On or about August 16, 2025, Plaintiff, Onyx Mased, was a guest passenger on the PERDIDO QUEEN, and was attempting to exit the vessel on the gangway attached to the vessel's bow, when a cross bar and cables that support and lower and raise the gangway fell and hit Plaintiff on her head cutting it open and causing Plaintiff to lose consciousness, and the cross bar and cables also struck her hand, and she also injured neck and back.

5.

Onyx Mased asserts that the cause of the aforementioned incident was the negligence of defendant, Perdido Queen Cruises, L.L.C, their employees or agents and by the strict liability of the Defendant and that the incident was a direct result of defendant failing to provide Plaintiff with a safe place to egress the vessel, and Plaintiff asserts the acts and omission rise to the level of gross negligence and wanton and reckless behavior.

6.

The injuries sustained by Onyx Mased include severe injuries to her body and mind, including but not limited to, her head, hand, neck and back and other serious and permanently disabling injuries to the body and mind that have impacted her ability to perform all the activated of daily living and have adversely affected her ability to complete her educational studies in nursing school, and may therefore affect her ability to earn wages in the future.

7.

Because of said injuries and damages, Onyx Mased has endured severe pain and suffering and mental anguish, and she will continue to so suffer and has and will sustain a loss of income in the future and will incur medical expenses in the future.

8.

Plaintiff alleges, on information and belief, that he will in the future, because of said injuries and damages to her body and mind, endure pain and suffering and mental anguish as well as loss of income and other elements of damages, both pecuniary and non-pecuniary to include punitive damages for gross negligence, all of which entitles Plaintiff, Onyx Mased, to damages that are reasonable in the premises.

9.

Plaintiff desires and is entitled to a trial by jury on all issues.

**WHEREFORE**, Onyx Mased prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendant, Perdido Queen Cruises, L.L.C. directing it to appear and answer, all and singular, the matters aforesaid; that after due proceedings have been had, there be judgment in favor of Plaintiff, Onyx Mased, and against the Defendant, Perdido Queen Cruises. L.L.C, for damages in an amount reasonable under the circumstances of this cause, together with legal interest from date of judicial demand and for all costs of these proceedings;

Plaintiff further prays for all general and equitable relief which the justice of the cause may require and to which she may otherwise be entitled and that all experts' fees be taxed as costs.

3

Plaintiff further prayers for a trial by jury on all issues.

                             Respectfully submitted:

                             MORRIS BART, LLC
                             ATTORNEYS FOR PLAINTIFF
                             601 POYDRAS STREET, 24TH FLOOR
                             NEW ORLEANS, LA 70130
                             TELEPHONE: (504) 525-8000
                             FACSIMILE: (504) 324-0738
                             EMAIL: sjohnson@morrisbart.com

BY:    /s/ *Stephen J. Johnson*

                    _____
                    STEPHEN J. JOHNSON, Bar #22439

4